UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANT FITZGERLD YOUNG,<br>    Plaintiff(s),<br>v.<br>WALMART, INC., et al.,<br>    Defendant(s). | Case No. 2:23-cv-02016-MMD-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is a stipulation to extend case management deadlines by 60 days. Docket No. 17. The stipulation is predicated on the assertion that the court "previously granted an extension of the discovery deadlines in this matter to allow for private mediation," but the mediation was not able to move forward as scheduled. *Id.* at 3. The Court did not previously grant an extension for mediation. *See, e.g.*, Docket No. 14 at 2 ("Settlement discussions are a common feature of federal litigation and do not generally constitute grounds to extend case management deadlines"). While reference to mediation was included in the prior stipulation for extension that was granted, a number of different reasons were advanced for an extension and the order allowing the extension was not endorsing therein each and every reason. *See* Docket No. 16. Nonetheless, given the state of the record and as a one-time courtesy to the parties, the Court will allow the further extension now sought.

Accordingly, the stipulation to extend is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: July 12, 2024
- Rebuttal experts: August 12, 2024
- Discovery cutoff: September 11, 2024
- Dispositive motions: October 11, 2024

1

- Joint proposed pretrial order: November 11, 2024, or 30 days after resolution of dispositive motions

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: May 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2