**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Walmart Inc., d/b/a Walmart*
*#2592, Wal-Mart Stores, Inc.,*
*Wal-Mart Neighborhood Market*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANT FITZGERLD YOUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., d/b/a WALMART #2592; WAL-MART STORES, INC.; WAL-MART NEIGHBORHOOD MARKET; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:23-cv-02016-MMD-NJK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CONSTANT FITZGERLD YOUNG, and Defendants, WALMART, INC., d/b/a WALMART #2592, WAL-MART STORES INC., and WAL-MART NEIGHBORHOOD MARKET, by and through their

1

KB/20147-97

respective counsel of record, that the claims asserted by Plaintiff, CONSTANT FITZGERLD YOUNG, against Defendants, WALMART, INC., d/b/a WALMART #2592, WAL-MART STORES INC., and WAL-MART NEIGHBORHOOD MARKET, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this __ day of July, 2024.

HALL & EVANS, LLC

KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant
Walmart Inc., d/b/a Walmart
#2592, Wal-Mart Stores, Inc.,
Wal-Mart Neighborhood Market*

DATED this 31 day of July, 2024.

GINA CORENA & ASSOCIATES

MAHNA POURSHABAN, ESQ.
Nevada Bar No. 13743
300 South 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
mahna@lawofficecorena.com
*Attorneys for Plaintiff*

**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

**IT IS SO ORDERED.**

DATED this 14th day of August 2024.

_____
Miranda M. Du, Chief U.S. District Judge

Respectfully submitted by:

HALL & EVANS, LLC

/s/ _____
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*